**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

**Kobelco Construction Machinery Co., Ltd. and Kobelco Construction Machinery U.S.A. Inc.,**

**Plaintiffs,**

**v.**

**United States,**

**Defendant.**

**SUMMONS**
**Case No. 26-03741**

**TO:** The Attorney General and the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

**1. Name and Standing of Plaintiff**

Plaintiffs in this action are Kobelco Construction Machinery Co., Ltd. and Kobelco Construction Machinery U.S.A. Inc. Kobelco Construction Machinery Co., Ltd. is a foreign producer and exporter of the subject merchandise. Kobelco Construction Machinery U.S.A. Inc. is an importer of the subject merchandise. Plaintiffs qualify as interested parties under 19 U.S.C. § 1677(9)(A). Plaintiffs were also active participants in the U.S. International Trade Commission's investigations that led to the determination being challenged. Plaintiffs therefore have standing to bring this action pursuant to 19 U.S.C. § 1516a(a)(2)(A) and 28 U.S.C. § 2631(c) as interested parties that were parties to the proceeding identified below.

**2. Brief Description of Contested Determination**

Plaintiffs contest the U.S. International Trade Commission's final determination published as *Lattice-Boom Crawler Cranes (LBCCs) From Japan; Determination*, 91 Fed. Reg. 45,282 (July 20, 2026), and *Lattice-Boom Crawler Cranes (LBCCs) from Japan*, Investigation No. 731-TA-1742 (Final), USITC Pub. 5764 (July 2026).

**3. Date of Determination**

The U.S. International Trade Commission issued the final determination on July 16, 2026 (91 Fed. Reg. 45,282).

**4. Date of Publication in Federal Register of Notice of Contested Determination**

The contested final determination was published in the Federal Register on July 20, 2026 (91 Fed. Reg. 45,282).

Respectfully submitted,

/s/ Yujin K. McNamara
Yujin K. McNamara
Daniel M. Witkowski
Sydney L. Stringer
Sung Un K. Kim
Sarah P. Tinaphong

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4347
ymcnamara@akingump.com

*Counsel to Kobelco Construction Machinery Co., Ltd. and Kobelco Construction Machinery U.S.A. Inc.*

Dated: August 24, 2026

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Attorney-in-Charge
**U.S. DEPARTMENT OF JUSTICE**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Supervising Attorney
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
**U.S. INTERNATIONAL TRADE COMMISSION**
500 E Street, SW
Washington, DC 20436